IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARK BARNETTE, an Individual,

              Plaintiff,

      v.

PRIORITY AUTO WHOLESALE, LLC, an
Oregon limited liability corporation,

              Defendant.

Civil No. 09-995-ST

JUDGMENT

    Based on the record,  IT IS ORDERED AND ADJUDGED, that Plaintiff, Mark Barnette, shall have judgment against defendant, Priority Auto Wholesale, LLC, in the amount of $3,809.19, which includes prejudgment interest at the rate of 0.36%, plus post judgment interest at the rate of 0.36%, plus reasonable fees and costs to be determined. .

    Dated this   16th   day of November, 2009.

                              /s/ Michael W. Mosman
                            MICHAEL W. MOSMAN
                            UNITED STATES DISTRICT JUDGE