FILED'10 JAN 20 14:05USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MARK BARNETTE, an Individual,

        Plaintiff,                     CV-09-995-ST

v.                                   SUPPLEMENTAL JUDGMENT

PRIORITY AUTO WHOLESALE, LLC, an
Oregon limited liability corporation,

        Defendants.

STEWART, Magistrate Judge:

       Based on the Court's Order, dated January 12, 2010, it is hereby ORDERED and ADJUDGED that Plaintiff Barnett shall have judgment against Defendant Priority Auto Wholesale, LLC, in the reduced amounts of $448.55 for costs and $3780.00 for attorney fees.

       Dated this ___ day of January, 2010.

                                                     MICHAEL W. MOSMAN
                                                     United States District Judge

1 - SUPPLEMENTAL JUDGMENT